Matrix List of Creditors
Case # 10-22484

Wells Fargo Auto Finance
P. O. Box 7648
Boise, ID  83707

Wells Fargo Financial
4137 121st Street
Urbandale, IA  50323

HFC
1421 Kristina Way
Chesapeake, VA  23320

Bank of Canton
490 Turnpike Street
Canton, MA  02021

Citibank
P. O. Box 790114
St. Louis, MO  63179

Stefani Plumbing and Heating
95 Camelot Drive
Unit 5B
Plymouth, MA 02360

Ford Motor Credit
P. O. Box 31111
Tampa, FL  33631

Cook & Company
1025 Plain Street
Marshfield, MA  02050

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999

Stor-it Mini Warehouse
330R Old Oak Street
Pembroke, MA  02359

Stella Recovery, Inc.

1845 Highway 93 South Suite 310
Kalispell, MT 59901

Cavalry Portfolio Services, LLC
P. O. Box 27288
Tempe, AZ 85285

Glenn Associates, Inc.
155 West Street
Suite 10
Wilmington, MA 01887

Credit Collection Services
Two Wells Avenue
Department 9134
Newton, MA 02459

EOS CCA
700 Longwater Drive
Norwell, MA 02061

Pro Consulting Services, Inc
P. O. Box 66768
Houston, TX 77266