# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*                    **Chapter 13**
                                                    NO. 10-22484 WCH

In Re:  Edward N. McPherson

**Debtor**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY
### AND REQUEST FOR EXPEDITED HEARING

Now comes debtor and moves this court to extend the automatic stay beyond December 16, 2010, pursuant to Section 362(c)(3) of the Bankruptcy Code. In support of this motion, debtor states as follows:

1. Debtor filed a previous Chapter 13 case (Docket #10-10127) on January 7, 2010. That case was dismissed on March 23, 2010 for failure to make appear at 341 meeting and make first plan payments. The debtor was PRO SE in that proceeding.

2. Debtor filed the present case on November 16, 2010, also PRO SE.

3. Debtor, through his new counsel, Richard Askenase, is hereby requesting extension of the automatic stay because Debtor has filed a new plan, which is significantly different than the prior plan. The new plan proposes to cure the arrears on first and second mortgages encumbering the Oregon Road property.

4. In addition, the debtor intends to sell the Oregon Road property at a short sale as to the second mortgage holder, Citibank, N.A. What is significant for this motion, is that any proposed sale would be at a sufficient price to pay the first mortgage holder, Bank of Canton in full, as their mortgage is fully secured.

5. Debtor is requesting an expedited hearing prior to December 17, 2010, in order that the 30-day limitation on automatic stay can be timely extended pursuant to Section 362(c)(3) of the Bankruptcy Code.

WHEREFORE, debtor requests this court to extend the automatic stay.

Respectfully submitted,
By his   attorney,

/s/ Richard Askenase
Richard Askenase, Esq.  BBO#022920
One Thompson Square
Fourth Floor
Boston, MA 02129
(617) 241- 7555
FAX (617) 241-7396

DATE:  December 15, 2010

## CERTIFICATE OF SERVICE

Pursuant to MLBR 3015, Appendix 1, Section 13-7, I, Richard Askenase, do hereby certify that I have served a copy of the attached pleading by mailing a copy of same, postage prepaid to all parties on the attached service list.

Signed under the penalties of perjury.

Respectfully submitted,
By his attorney,

/s/ Richard Askenase
Richard Askenase, Esq.  BBO#022920
One Thompson Square
Fourth Floor
Boston, MA 02129
(617) 241- 7555
FAX (617) 241-7396

DATE:  December 15, 2010

## SERVICE LIST

Carolyn A. Bankowski, Esq.
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
BY E-MAIL TRANSMISSION

Edward McPherson
PO Box 675
Marshfield, MA 02050

Bank of Canton
c/o William Jackson, Esq.
Jackson and Sutherland
1495 Hancock Street, Suite 401

Quincy, MA 02169
BY E-MAIL TRANSMISSION

Atlas Mortgage
109 Oak Street
Newton, MA  02464

Bank Of Canton
557 Washington Street
Canton, MA  02021

Boston Mortgage Group. Inc
3 Baldwin Green Common
Suite 204
Woburn, MA  01801

Cavalry Portfolio Services
PO Box 27288
Tempe, AZ  85285

Christopher Connolly, Esq.
785 Washington Street,
Unit 11B
Canton, MA  02021

Citibank, N.A.
PO Box 688923
Des Moines, IA  50368

Cook Family Realty Trust
1025 Plain Street
Marshfield, MA  02050

Ford Motor Credit
PO Box 542000|
Omaha, NE  68154

Gerald Peters, Trustee
BGM Realty Trust
40 Station Street
Stoughton, MA  02072

Glenn Associates
PO Box 2407
Woburn, MA  01888

Home Depot
PO Box 6029
The Lakes, NV  88901

HSBC Household Finance
PO Box 3425
Buffalo, NY  14240

Joan L. Callahan
C/O Glen Hannington
785 Washignton Street,
Ste 11B
Canton, MA  02021

Paul Cadigan, Esq.
62 Portland Rd,
Suite 7
Kennebunk, ME  04043

Paul Callahan Sr
C/O Glen Hannington, Esq.
785 Washington Street,
Ste 11B
Canton, MA  02021

Plymouth Rock Assurance
C/O CCS Processing
PO Box 55126
Boston, MA  02205

Rockland Federal Credit Union
241 Union Street
Rockland, MA  02370

Security Credit Services
2623 W Oxford Loop
Oxford, MS  38655

Solomon And Solomon
5 Columbia Circle
Albany, NY  12203

Stefani Plumbing And Heating
C/O Schonland & Associates PC
9 Sever Street

Plymouth, MA  02360

Verizon
PO Box 1100
Albany, NY  12212

Wells Fargo Financial
Corporate Officer
596 Providence Highway
Dedham, MA  02026

Wells Fargo Financial Cards
PO Box 5445
Portland, OR  97228