**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE<br>MCPHERSON, Edward Norbert<br>SSN: xxx-xx-5272 Debtor | Chapter 13<br>Case No. 10-22484-WCH |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtor commenced this case by filing a petition on November 16, 2010.
2. On January 4, 2011, the Trustee presided over a 341 meeting of creditors and examined the Debtor. On December 20, 2010, the Debtor filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time.
3. The Plan proposes monthly plan payments of $477.00 over a term of 60 months for a total plan cost of approximately $28,620.00.
4. According to Debtor's Schedules I and J, the Debtor has negative monthly net disposable income of $5,910.00 which is not sufficient disposable income to fund the Plan.
5. Further, the Debtor has $0.00 monthly income according to Schedule I. The Trustee asserts that the Debtor is not eligible to be a Chapter 13 Debtor pursuant to 11 U.S.C. § 109(e), as the Debtor does not have regular income sufficient to make Plan payments.
6. The Plan fails to provide for all of the secured claims disclosed on Schedule D. The Trustee is unable to determine the proposed treatment of the claims.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: January 21, 2011

Respectfully submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
(617) 723-1313
**13trustee@ch13boston.com**

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE<br>MCPHERSON, Edward Norbert<br>SSN: xxx-xx-5272 Debtor | Chapter 13<br>Case No. 10-22484-WCH |

**Certificate of Service**

The undersigned hereby certifies that a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtor and Debtor's counsel at the addresses set forth below.

Dated: January 21, 2011

/s/ **Carolyn Bankowski**
Carolyn Bankowski

Edward McPherson
P.O. Box 675
Marshfield, MA 02050

Richard Askenase, Esq.
1 Thompson Square, 4th Floor
Charlestown, MA 02129

EM