# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

************************

**Chapter 13**
**NO. 10-22484 WCH**

**In Re: Edward N. McPherson**

**Debtor**

************************

**MOTION TO EXTEND TIM TO FIL**
**RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION**
**OF CHAPTER 13 PLAN**

Now comes debtor and moves this court to extend until February 11, 2011, the time for debtor to file a response to the trustee's objection to confirmation of Chapter 13 Plan. With all of the recent storms, and this week as well, debtor and counsel have been unable to meet to review and respond to the trustee's objection.

WHEREFORE, debtor requests until February 11, 2011 to file a response to the objection to confirmation of the plan.

Respectfully submitted,
By his attorney,

/s/ Richard Askenase______
Richard Askenase, Esq. BBO#022920
One Thompson Square
Fourth Floor
Boston, MA 02129
(617) 241- 7555
FAX (617) 241-7396

DATE:

CERTIFICATE OF SERVICE

Pursuant to MLBR 3015, Appendix 1, Section 13-7, I, Richard Askenase, do hereby certify that I have served a copy of the attached pleading by mailing a copy of same, postage prepaid to all parties on the attached service list.

Signed under the penalties of perjury.

Respectfully submitted,
By his attorney,

/s/ Richard Askenase

Richard Askenase, Esq. BBO#022920
One Thompson Square
Fourth Floor
Boston, MA 02129
(617) 241- 7555
FAX (617) 241-7396

DATE: January 31, 2011

SERVICE LIST

Carolyn A. Bankowski, Esq.
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
BY ECF TRANSMISSION

Edward McPherson
PO Box 675
Marshfield, MA 02050

Bank of Canton
c/o William Jackson, Esq.
Jackson and Sutherland
1495 Hancock Street, Suite 401
Quincy, MA 02169
BY E-MAIL TRANSMISSION