

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re: MCPHERSON, Edward N.                                   Chapter 13
                                                              Case # 10-22484-WCH
                Debtor

**NOTICE OF WITHDRAWAL BY CHAPTER 13**
**TRUSTEE'S MOTION TO DISMISS CASE**

    Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and respectfully withdraws her Motion to Dismiss this case, which Motion was filed on June 16, 2011 and for reasons states that the Debtor has cured the grounds alleged in the motion which resolves the issues in the motion.

**Date: August 2, 2011**

                                                  **Respectfully submitted,**
                                                  **Carolyn A. Bankowski**
                                                  **Standing Chapter 13 Trustee**

                                                  **By: /s/ Carolyn A. Bankowski**
                                                  **Carolyn A. Bankowski BBO #631056**
                                                  **Patricia A. Remer BBO #639594**
                                                  **Office of the Chapter 13 Trustee**
                                                  **P.O. Box 8250**
                                                  **Boston, Ma 02114-0033**

                                          **Certificate of Service**
    The Undersigned hereby certifies that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of Motion to Dismiss Case was served on this date upon the Debtor and Debtors counsel via first class mail, postage prepaid, or by electronic filing at the addresses indicated below.
**Date: August 2, 2011**
                                          **/s/Carolyn A. Bankowski**
                                          **Carolyn A. Bankowski**

Edward Norbert McPherson
PO Box 675
Marshfield, MA 02050

Richard Askenase
One Thompson Square
Fourth Floor
Charlestown, MA 02129

*[Left margin stamp: 08/02/2011 A withdrawal of the motion to dismiss (#112) having been filed the hearing assignment of August 11, 2011 is hereby vacated.]*