210B
10/06

United States Bankruptcy Court
District of Massachusetts

**Edward Norbert McPherson**
 PO Box 675
Marshfield, MA 02050
xxx–xx–5272
*No Known Aliases*

Case number:  10–22484
Chapter: 13
Judge William C. Hillman

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **8** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **8/24/2011.**

*Transferee*
**Portfolio Investments I LLC**
**c/o Recovery Management Systems Corporat**
**25 SE 2nd Avenue Suite 1120**
**Miami FL 33131–16052**

*Transferor*
**Security Credit Services, LLC**
**PO Box 1156**
**Oxford MS 38655**

– DEADLINE TO OBJECT TO TRANSFER –

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:8/25/11

By the Court,

Kaitlin Copson
Deputy Clerk
617–748–5333